UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MICHAEL ANGLIN,

                Defendant.

97-CR-292 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    This case, originally on Judge Batts' docket and more recently on Judge Crotty's, has just been reassigned to the docket of this Court. To enable the Court to ably manage the matter, the Court asks the Government to file a letter informing the Court of the status of this matter and identifying any open issues or applications meriting the Court's attention. The Government's letter is due Tuesday, **July 2, 2024**.

    SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: June 24, 2024
       New York, New York